Joe Daniel Green                                4                                56045 - LPRJ
Docket Number: 08 CR 1195-005 (RJH)



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

4.12.22

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑ Court Orders supervision to terminate as scheduled on April 28, 2022

or

U.S. Probation Officer is directed to:

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other:

_____
Honorable Andrew L. Carter, Jr.
U.S. District Judge

4-12-22
Date